ROGER A. DREYER, ESQ. / SBN: 095462
STEPHEN F. DAVIDS, ESQ. / SBN: 105097
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORI ANN BERGSENG, Individually and as Successor in Interest to Scott Jeffrey Bergseng, deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No.: 2:14-CV-00989-JAM-AC<br><br>**STIPULATION OF THE PARTIES RE JOINT STATUS REPORT; ORDER** |

THE PARTIES HEREBY AGREE AND STIPULATE TO THE FOLLOWING:

WHEREAS, on April 23, 2014, the Court issued an Order Requiring Joint Status Report making said report due on June 30, 2014.

WHEREAS the parties have agreed and hereby stipulate to extend the date upon which the parties shall confer pursuant to Fed. R. Civ. P. 26(f) and prepare and submit to the Court a Joint Status Report that includes the Rule 26(f) discovery plan to no later than **July 14, 2014.**

IT IS SO STIPULATED.

DATED:  June 30, 2014　　　　　**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**


　　　　　　　　　　　　　　　　By: /s/ Roger A. Dreyer
　　　　　　　　　　　　　　　　ROGER A. DREYER
　　　　　　　　　　　　　　　　Attorneys for Plaintiff, JORI ANN BERGSENG

-1-
**Stipulation of the Parties Re Joint Status Report; Order**

1  DATED:  June 30, 2014

3                                    By:     /s/ Chi Soo Kim
                                            CHI SOO KIM
4                                           Assistant United States Attorney
                                            Attorneys for Defendant,
5                                           UNITED STATES OF AMERICA

**Stipulation of the Parties Re Joint Status Report; Order**

**ORDER**

IT IS HEREBY ORDERED the date upon which the parties shall confer and prepare and submit to the Court a Joint Status Report that includes the Rule 26(f) discovery plan is extended to no later than **July 14, 2014.**

DATED: 7/1/2014          **/s/ John A. Mendez**
                                        Judge of the United States District Court

---

-3-
**Stipulation of the Parties Re Joint Status Report**; Order